**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  K.E.H., A MINOR          : No. 815 MAL 2014
         :
         :
PETITION OF:  L.M.H., NATURAL          : Petition for Allowance of Appeal from the
MOTHER          : Order of the Superior Court


IN RE: C.L.H., A MINOR          : No. 816 MAL 2014
         :
         :
PETITION OF: L.M.H., MOTHER          : Petition for Allowance of Appeal from the
         : Order of the Superior Court


## <u>ORDER</u>


**PER CURIAM**

       **AND NOW**, this 18th day of December, 2014, the Petition for Allowance of

Appeal is **DENIED**.